[No. 74264-7-I.   Division One.   November 28, 2016.]

ROBERT CUMMINGS ET AL., *Appellants*, v. NORTHWEST TRUSTEE SERVICES OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-02875-6, Millie M. Judge, J., entered October 27, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 74320-1-I.   Division One.   November 28, 2016.]

*In the Matter of the* PETER J. AND MARJORY E. WAY LIVING TRUST.

GARY PETER WAY ET AL., *Appellants*, v. MARJORY E. WAY, *as Trustee, Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-04284-8, Thomas J. Wynne, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Mann, JJ.

[No. 74643-0-I.   Division One.   November 28, 2016.]

*In the Matter of the Marriage of* MICHAELA FELLOWS, *Appellant*, and CHARLES FELLOWS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 13-3-11851-7, Veronica Alicea Galván, J., entered November 9, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Schindler and Spearman, JJ.

[No. 74665-1-I.   Division One.   November 28, 2016.]

KORBY KENCAYD ET AL., *Respondents*, v. BRYEN VON PRIECE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 15-2-30150-1, John H. Chun, J., entered January 5, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Dwyer and Leach, JJ.